| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | ROBERT N. MICHAELS (PABN 200918)<br>Special Assistant United States Attorney |

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-6394

Attorneys for Plaintiff

**FILED**

JUN 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,            )   Criminal No.: CR 09-00831 MAG
                                     )
           Plaintiff,                )
                                     )
    vs.                              )   MOTION AND [PROPOSED] ORDER TO
                                     )   DISMISS INFORMATION
JAYJAY VIRGINIA TREADWAY,            )
                                     )
           Defendant.                )
_____)

1. The United States moves that all charges in the Information filed in the above captioned case on August 13, 2009, be dismissed.

2. The United States makes this motion in the interests of Justice.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Robert N. Michaels*
ROBERT N. MICHAELS
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION
US v. JAYJAY VIRGINIA TREADWAY

1

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 6/15 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge